IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-po-00312-DB |
| Plaintiff, | ) **ORDER TO DISMISS** |
| v. | ) |
| FRANKLIN D. CUARISMA, | ) |
| Defendant. | ) |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00312-DB is **GRANTED.**

IT IS SO ORDERED.

Dated: January 19, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS            1            U.S. v. FRANKLIN D. CUARISMA